**Proposed Distribution**

Case Number: 05-51791
Debtor Name: ARONSON, MELANIE

FILED

2010 JAN 15 PM 1:05

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | | | | | | | | $0.00 |
| Beginning Balance | | | | | | | | $0.00 |
| | RICHARD A. WILSON TRUSTEE IN BANKRUPTCY 1221 S. WATER ST. PO BOX 3307 KENT, OH 44240-3307 | Administrative | 100 | $505.94 | $505.94 | $0.00 | $0.00 | $0.00 |
| | RICHARD A. WILSON TRUSTEE IN BANKRUPTCY 1221 S. WATER ST. PO BOX 3307 KENT, OH 44240-3307 | Administrative | 100 | $153.91 | $153.91 | $0.00 | $0.00 | $0.00 |
| 1429 | MORAN, MICHAEL J. GIBSON & LOWRY | Administrative | 100 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| 1430 | MORAN, MICHAEL J. GIBSON & LOWRY | Administrative | 100 | $114.03 | $114.03 | $0.00 | $0.00 | $0.00 |
| Subtotals For Class Administrative | 100.00% | | | $1,273.88 | $1,273.88 | $0.00 | $0.00 | |
| 1 -1 | CHASE BANK USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Ave, Suite 900 Seattle, WA 98121 | Unsecured | 300 | $243.79 | $2.79 + | $241.00 | $0.00 | $0.00 |
| 2 -1 | CHASE BANK USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Ave, Suite 900 Seattle, WA 98121 | Unsecured | 300 | $158.00 | $1.81 | $156.19 | $0.00 | $0.00 |
| | | | | | $ 4.60 | | | |
| 3 -1 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 300 | $2,894.08 | $33.10 | $2,860.98 | $0.00 | $0.00 |
| 4 -1 | STUDENT LOAN FUNDING FBNA TRUSTEE/G c/o Great Lakes Higher Ed Guarantee Corp P.O. Box 7858 Madison, WI 53704-7858 | Unsecured | 300 | $55,709.15 | $637.16 | $55,071.99 | $0.00 | $0.00 |
| Subtotals For Class Unsecured | 1.14% | | | $59,005.02 | $674.86 | $58,330.16 | $0.00 | |
| | Totals | | | $60,278.90 | $1,948.74 | $58,330.16 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

ck # 2005
receipt # 81209